IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHERRY A. McCLUNG,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. H-11-1651 |
| SUSAN COMBS, *et al.*,<br>    Defendant. | §<br>§<br>§ | |

### **DISMISSAL ORDER**

Pursuant to Plaintiff's Notice of Dismissal [Doc. # 5], it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

SIGNED at Houston, Texas, this 7th day of **July, 2011**.

_____
Nancy F. Atlas
United States District Judge